■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO PEREZ, Appellant. [15 NYS3d 695]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Dowling, J.), imposed April 18, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that his sentence was excessive (see People v Mendez, 128 AD3d 854 [2015]). Eng, P.J., Balkin, Dickerson, Chambers and Duffy, JJ., concur.